# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE JOSEPH NOBLE IV,<br><br>              Petitioner,<br><br>   v.<br><br>A.K. SCRIBNER, WARDEN,<br><br>              Respondent. | NO. CV 04-7549-JVS (MAN)<br><br>JUDGMENT |

    Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 1, 2010.

                                                JAMES V. SELNA, JR.
                                        UNITED STATES DISTRICT JUDGE